# IN THE COURT OF APPEALS OF IOWA

No. 18-1362
Filed November 27, 2019

**STATE OF IOWA,**
    Plaintiff-Appellee,

**vs.**

**JAIRO RODRIGUEZ,**
    Defendant-Appellant.
_____

        Appeal from the Iowa District Court for Johnson County, Patrick R. Grady,

Judge.


        Jairo Rodriguez appeals from the district court's judgment denying his

motion to suppress evidence. **REVERSED AND REMANDED.**



        E. Daniel O'Brien, Cedar Rapids, for appellant.

        Thomas J. Miller, Attorney General, and Louis Sloven, Assistant Attorney

General, for appellee.



        Considered by Bower, C.J., and Mullins and Greer, JJ.

**BOWER, Chief Judge.**

This case is a companion case to *State v. Salcedo*, ___ N.W.2d ___, No. 18-1353, 2019 WL 5849005 (Iowa 2019), recently filed by our supreme court. The State has filed a motion to reverse. This case raises the same legal challenge to evidence stemming from a traffic stop as in *Salcedo.* The supreme court reversed the district court's judgment as to whether the deputy developed reasonable suspicion of other criminal activity before unreasonably prolonging the stop. *Salcedo*, ___ N.W.2d at ___. Because the same legal reasoning and opinion in *Salcedo* fully apply here, we reverse the district court's judgment denying Rodriquez's motion to suppress. We therefore reverse and remand.

**REVERSED AND REMANDED.**